427 A.2d 1212

Commonwealth v. Diggs, Appellant.

Submitted April 12, 1979. H. Patrick McFalls, Assistant Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

* Judge Donald E. Wieand is sitting by special designation.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.